## NO. 06-14-00196-CR

| | | |
|---|---|---|
| **RANDY JAY HOFSTETTER** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **vs.** | § | **FOR THE SIXTH DISTRICT** |
| | § | |
| **THE STATE OF TEXAS** | § | **TEXARKANA, TEXAS** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
2/5/2015 3:38:00 PM
DEBBIE AUTREY
Clerk

## WORD COUNT CERTIFICATE

I certify that the brief in this case was prepared with Microsoft Word 2013 and that according to that program's word-count function, the brief contains 4,687 words.

Respectfully submitted,

*Rachel Flatt*

**RACHEL FLATT**
**State Bar No. 24078504**
**P.O. Box 5**
**Sulphur Springs, Texas 75483**
**Telephone: (903) 885-7118**
**Facsimile:  (903) 885-7133**
**E-mail:      law.office.of.rachel.flatt**
                 **@gmail.com**

**ATTORNEY FOR APPELLANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion has been mailed via U.S. Mail, postage prepaid, to the Appellant, Randy Jay Hofstetter, CID #0751864, C/O Tarrant County Jail, 100 North Lamar, Fort Worth, Texas 76102, and has been hand-delivered to the office of Will Ramsay, Criminal District Attorney for Hopkins County, on the 2nd day of February, 2015.

_____
**RACHEL FLATT**